# UNITED STATES DISTRICT COURT

for the

District of Maryland

JAN 02 2014

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. **13-2988SAG** |
| 1. MAC IPhone 5S, Model A1453, IMEI: 358759052995460 | ) ) ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

a MAC IPhone 5S, Model A1453, IMEI: 358759052995460

located in the ____city of Baltimore____ District of ____Maryland____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment "A-1". Search to be conducted pursuant to Attachment "A"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy to distribute a controlled substance |
| 18 USC 1956 | Money Laundering |

The application is based on these facts:

See attached affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

HSI TFO Robert J. Mignogna
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/18/2013

*Judge's signature*

City and state: Baltimore, MD            Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*